United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYON JONES, G35669,
Plaintiff,
v.
JEFF MACOMBER, et al.,
Defendant(s).

Case No. 26-cv-08807-CRB (PR)

**ORDER OF DISMISSAL**

Plaintiff, a prisoner at Salinas Valley State Prison (SVSP) and frequent litigant in federal court, filed a pro se complaint under 42 U.S.C. § 1983 alleging that on September 1, 2023, defendants came into plaintiff's cell and put poison or other harmful substance in plaintiff's coffee cup in retaliation for plaintiff filing lawsuits. Plaintiff also sought to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915.

On October 9, 2026, the court denied plaintiff's motion to proceed IFP pursuant to 28 U.S.C. § 1915(g). The court found that plaintiff "has had three or more prior prisoner actions dismissed by a federal court on the grounds that they are frivolous, malicious, or fail to state a claim upon which relief may be granted," Oct. 9, 2026, Order (ECF No. 4) at 1-2 (citing cases), and that plaintiff was not seeking relief from a danger of serious physical injury "which was 'imminent' at the time of filing," id. at 2 (citing Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007)). Under the law of the circuit, the court provided plaintiff an opportunity to "show cause why § 1915(g) does not bar pauper status for plaintiff," and warned plaintiff that "[f]ailure to show cause, or pay the requisite $ 405.00 filing fee, within [28 days] will result in the dismissal of this action without prejudice to bringing it in a new paid complaint." Id. at 2.

United States District Court
Northern District of California

More than 38 days have passed since the court's October 8, 2026, order and plaintiff has not filed a response to the order or paid the $ 405.00 filing fee or asked for an extension of time to do so. This action accordingly is DISMISSED without prejudice to bringing in a new paid complaint.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: November 19, 2026

CHARLES R. BREYER
United States District Judge